IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| ORLANDO MURRY, #148 623 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-546-T |
| JAMES DELOACH, *et al.*, | * |
| Defendants. | * |

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Draper Correctional Facility in Elmore, Alabama, filed this 42 U.S.C. § 1983 action on June 7, 2005. He has not submitted the $250.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, shall be granted additional time to provide the Court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before July 29, 2005 Plaintiff submit either the $250.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1] Plaintiff is cautioned that his failure to comply with this Order will result in a

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Ventress Correctional Facility showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

recommendation by the undersigned that this case be dismissed; and

    2. The Clerk of Court MAIL to Plaintiff a form for use in filing a motion to proceed *in forma pauperis*.

Done this 15th day of June, 2005.

                      /s/ Delores R. Boyd
                      DELORES R. BOYD
                      UNITED STATES MAGISTRATE JUDGE