IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

RECEIVED
2005 JUN 21  A 10: 04

ORLANDO MURRY, #148 623
**Plaintiff(s)**

vs.                                    CV-05-546-T

JAMES DELOACH, et al.,
**Defendant(s)**

I, Olando Murry, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    YES ( )  NO (x)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   N/A

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   Plaintiff has been incarcerated for the past 10 years.

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?  YES ( )  NO (x)

   B. Rent payments, interest or dividends?  YES ( )  NO (x)

   C. Pensions, annuities or life insurance payments?  YES ( )  NO (x)

   D. Gifts or inheritances?  YES ( )  NO (x)

   E. Any other sources?  YES ( )  NO (x)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
   N/A

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]    YES ( )    NO (X)

    If the answer is YES, state the total value of the items owned.

    _____
    _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?    YES ( )    NO (X)

    If the answer is YES, describe the property and state its approximate value.

    _____
    _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _____
    _____N/A_____
    _____
    _____

                            _Orlando Murray_
                            Signature of Affiant

STATE OF ALABAMA )
COUNTY OF _Montgomery_ )

    Before me, a notary public in and for said County, in said State, personally appeared _Orlando Murray_____, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:
    That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                            _Orlando Murray_
                            Signature of Affiant

Sworn to and subscribed before me this _19_ day of _June_, 19___ 2005

                            _Julienne Flew_
                            Notary Public
                            _Montgomery_ County, Alabama
                            My Commission Expires March 25, 2008

                OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _June 17, 2005_.
(date)

_Olando Murry, #148623._
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _0.13_ on account to his credit at the _Draper CF_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_____
_____
_____
_____

_Walter Bribe_
Authorized Officer of Institution

DATE _June 17, 2005_

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 DRAPER CORRECTIONAL FACILITY
```

AIS #: 148623      NAME: MURRY, ORLANDO              AS OF: 06/16/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUN | 14 | $10.77 | $30.00 |
| JUL | 31 | $8.14 | $40.00 |
| AUG | 31 | $17.90 | $110.00 |
| SEP | 30 | $5.77 | $40.00 |
| OCT | 31 | $0.07 | $30.00 |
| NOV | 30 | $10.53 | $80.00 |
| DEC | 31 | $3.75 | $100.00 |
| JAN | 31 | $4.85 | $60.00 |
| FEB | 28 | $81.17 | $380.00 |
| MAR | 31 | $56.31 | $370.00 |
| APR | 30 | $5.43 | $0.00 |
| MAY | 31 | $1.12 | $50.13 |
| JUN | 16 | $0.13 | $0.00 |