IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ORLANDO MURRY, #148623 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-00546-T |
| | ) | WO |
| JAMES DELOACH, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 22, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee in compliance with orders of this court.

DONE, this the 19th day of September, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE